CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

5/20/2022

JULIA C. DUDLEY, CLERK
BY: s/ A. Little
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| PATRICK & SHIRLEY LATTIMORE, | ) | |
| Plaintiffs, | ) | Case No. 4:21cv00038 |
| v. | ) | **ORDER** |
| SONAL & KAMLESH BRAHMBHATT, THE DHYANNI CORPORATION, WYNDHAM HOTELS & RESORTS, and BRANCH BANKING & TRUST / TRUIST FINANCIAL, | ) | By:   Hon. Thomas T. Cullen United States District Judge |
| Defendants. | ) | |

For the reasons stated in the court's Memorandum Opinion, Defendant Wyndham Hotels & Resorts' Motion for Summary Judgment (ECF No. 10) is **GRANTED** and its motion to continue (ECF No. 32) is **DENIED AS MOOT**.

The clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to the parties and strike Wyndham Hotels & Resorts as a party to this action.

**ENTERED** this 20th day of May, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE